# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131573

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

    SC: 131573
    COA: 269394
    Muskegon CC: 05-051490-FC

DANIEL A. THOMPSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 16, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

t1023